UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*************************************
FLORENCE G. ZENISEK o/b/o N.L.W.,

                Plaintiff,

v.

CAROLYN W. COLVIN, COMMISSIONER
OF SOCIAL SECURITY,

                Defendant.
*************************************

Civil Action No. 13-290
**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and KAREN T. CALLAHAN, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; including the opportunity for new hearing and new decision, and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

    IT IS on this 19th day of July 2013;

    ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

_____
DAVID E. PEEBLES, Magistrate Judge
United States District Court

Dated: 7/19/2013

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By: /s/ karen t. callahan_____
KAREN T. CALLAHAN
Special Assistant U.S. Attorney
Bar No.513794

By: PETER W. ANTONOWICZ, ESQ.
Attorney for Plaintiff