# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**FLORENCE G. ZENISEK**
**o/b/o N.L.W.**,

       Plaintiff,

  vs.                                     **CASE NUMBER: 6:13-cv-290**

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**

       Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That this action is remanded to the Commissioner pursuant to Sentence 4 of 42 U.S.C. §405(g), on consent of the parties

All of the above pursuant to the order of the Honorable Magistrate Judge DAVID E. PEEBLES, dated the 19th day of July, 2013.

DATED: July 30, 2013

_____
Clerk of Court

_____
Christine Mergenthaler
Deputy Clerk

entered 7/30/13 - cm